**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHRISTINE MARIE GIORDANO,

                 Plaintiff,

-v-

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
                 Defendant.
-----------------------------------------------------------X

19 **CIVIL** 3038 (PAE)(RWL)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 21, 2020, that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         February 21, 2020

                                       **RUBY J. KRAJICK**

                                       **Clerk of Court**

          **BY:**

                                       **Deputy Clerk**